Demetrius Jenkins 03a2795
Attica Correctional Facility
P.O. Box 149
Attica New York 14011-0149

October 16, 2007

Honorable Alvin K. Hellerstein
U.S. District Court Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

07-civ.8263 (AKH)

RE: Jenkins v. Conway,

Dear Judge Hellerstien,

    I'm writing to inform and clear up an error that I made when I initially filed my application. I checked the box that I did not testify, when in fact <u>I did testify.</u> I now respectfully ask that this court please correct this error for me within my application.

    Thank you for your time and assistance in this regard.

    Furthermore, please note that under the penalty of purjury under the laws of the United States of America that I state that both the New York County District Attorney's office and the Attorny General of the State of New York has been served a copy of this letter as part of the court docket.

Executed on October 16,2007

Very truly yours,

Demetrius Jenkins
Demetrius Jenkins

c.c. file
*District Attorney's Office
of New York County
One Hogen Place
New York, N.Y. 10013

N.Y. STATE DEPARTMENT of law
Attorney General of the State
State Capitol
Albany, N.Y. 12224

Demetrius Jenkins #03A2795
Attica Correctional Facility
P.O. Box 149
Attica, N.Y. 14011-0149

October 16, 2007

J. Michael McMahon, Clerk
U.S District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

RE: <u>Jenkins</u> v. <u>Conway</u>, 07-civ. 8263(AKH)

Dear Mr. McMahon,

Good day! please enclosed find the original letter (a courtesy copy has been forwarded to chambers) to Honorable Alvin K. Hellerstein. I respectfully request that you please file this letter as part of the court docket.

Thank you for your and assistance in this regard.

Furthermore, please note that under the penalty of perjury under the laws of the United States of America that I state that both the New York County District Attorney's

office and Attorney general of the state of New York has been served a copy of this letter to Honorable Alvin K. Hellerstein.

executed on October 16, 2007

VERY TRULY YOURS

Demetrius Jenkins

c.c.

file

District Attorney office
of New York County
One Hogen place
New York, N.Y. 10013

N.Y. State Department of law
Attorney General of the State of N.Y.
State capital
Albany, N.Y. 12224