

**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY

January 30, 2008

Honorable Alvin K. Hellerstein
United States District Court Judge
United States Courthouse, Room 1050
500 Pearl Street
New York, New York 10013

Re:   Jenkins v. Conway
      07 Civ. 8263 (AKH)

Your Honor:

    I have been assigned to represent the respondent in the above-titled action and am in receipt of your order directing that response to be filed on or before March 3, 2008. I am writing to ask for an extension of that date to April 2, 2008.

    Although I have ordered the transcript of the state court proceedings, I have not yet received it. That transcript was over two thousand pages in length and, as petitioner's complaint is to the trial court's conduct throughout the proceeding, I will need to review it in order to respond properly. Additionally, I also have other assignments and obligations that make answering the petition before March 3 difficult. I am currently assigned to two state court briefs, one of which must be filed within the next few weeks.

    Thank you for your attention and assistance in this matter. I am providing petitioner with a copy of this letter.

Sincerely,

Dennis Rambaud
Assistant District Attorney
(212) 335-9349

cc:   Demetrius Jenkins
      03-A-2795
      Attica Correctional Facility
      Box 149, Exchange Street
      Attica, NY 14011-0149