

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DEMETRIUS JENKINS,

Petitioner,

-against-

JAMES T. CONWAY, Superintendent,
Attica Correctional Facility,

Respondent.
------------------------------------------------------------X

07 **CIVIL** 8263 (AKH)

**JUDGMENT**

**SCANNED**

A petition for habeas corpus pursuant to 28 U.S.C. § 2254 having been submitted to the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on June 19, 2008, having rendered its Order denying the petition for a writ of habeas corpus, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 19, 2008, the petition for a writ of habeas corpus is denied; accordingly, the case closed; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.

**DATED:** New York, New York
          June 23, 2008

**J. MICHAEL McMAHON**
_____
**Clerk of Court**

**BY:**  _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____