UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __12__

*Jenkins*
-v-
*Conway*

U.S.C.A. # _____

U.S.D.C. # __07-cv-8263__

JUDGE: __AKH__

DATE: __AUGUST 15, 2008__

*U.S. DISTRICT COURT FILED AUG 15 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

**DISTRICT COURT DOCKET ENTRIES** ----------

**DOCUMENT DESCRIPTION**                                         **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

( ✓ ) **Original Record**                    (____) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 15TH Day of August, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

*Jenkins*

-v-

*Conway*

---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-8263

JUDGE: AKH

DATE: AUGUST 15, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | **BALANCE OF FILE MISSING AT THIS TIME** |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 15TH Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, HABEAS, INTAPP, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-08263-AKH**
**Internal Use Only**

Jenkins v. Conway
Assigned to: Judge Alvin K. Hellerstein
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/24/2007
Date Terminated: 06/23/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Demetrius Jenkins.(laq) (Entered: 09/26/2007) |
| 09/24/2007 |   | Magistrate Judge Debra Freeman is so designated. (laq) (Entered: 09/26/2007) |
| 10/26/2007 | 2 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Demetrius Jenkins dated 10/16/2007 re: clearing up an error made when application was initially filed. ENDORSEMENT: The application is deemed corrected. (Signed by Judge Alvin K. Hellerstein on 10/25/2007) (jar) (Entered: 10/26/2007) |
| 02/05/2008 | 3 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Dennis Rambaud dated 1/30/08 re: Request for an extension of time to 4/2/08 to respond to the complaint. ENDORSEMENT: So ordered. James T. Conway answer due 4/2/2008. (Signed by Judge Alvin K. Hellerstein on 2/5/08) (cd) (Entered: 02/05/2008) |
| 03/27/2008 | 4 | ANSWER/RESPONSE to Petition for Writ of Habeas Corpus. Document filed by James T. Conway.(cd) (Entered: 03/28/2008) |
| 03/27/2008 | 5 | MEMORANDUM OF LAW in Support re: 4 Answer/Response to Petition for a Writ of Habeas Corpus; accompanied by a 2 volume appendix. Document filed by James T. Conway. (cd) (Entered: 03/28/2008) |
| 05/05/2008 | 6 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Demetrius Jenkins dated 4/23/08 re: Petitioner requests an enlargement of time in which to respond to respondent's opposition to petitioner's writ of habeas corpus. ENDORSEMENT: An enlargement to June 13, 2008 is granted. No further enlargements. (Signed by Judge Alvin K. Hellerstein on 5/2/08) (tro) (Entered: 05/05/2008) |
| 06/19/2008 | 7 | ORDER: The petitioner for a writ of habeas corpus is denied. I deny a certificate of appealability, for there has been no substantial showing of the denial of a constitutional right. The Clerk shall mark the case closed. So Ordered. (Signed by Judge Alvin K. Hellerstein on 6/19/08) (js) (Entered: 06/19/2008) |
| 06/19/2008 |   | Transmission to Judgments and Orders Clerk. Transmitted re: 7 Order,, to the Judgments and Orders Clerk. (js) (Entered: 06/20/2008) |
| 06/23/2008 | 8 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated June 19, 2008, the petition for a writ of habeas corpus is denied; accordingly, the case closed; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. (Signed by J. Michael McMahon, clerk on 6/23/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 06/23/2008) |
| 06/23/2008 |   | Mailed notice of Right to Appeal to Pro Se Litigant(s): Demetrius Jenkins and to Attorney(s) of Record: Dennis Andrew Rambaud. (ama) (Entered: 06/24/2008) |
| 07/18/2008 | 9 | MOTION for Leave to Appeal in forma pauperis; w/ attch. affidavit in support. Document filed by Demetrius Jenkins.(pl) (Entered: 07/31/2008) |
| 07/18/2008 | 11 | NOTICE OF APPEAL from 8 Clerk's Judgment. Document filed by Demetrius Jenkins. Copies mailed to attorney(s) of record: Attorney General, NYS.(tp) (Entered: 08/15/2008) |
| 07/18/2008 |   | Appeal Remark as to 11 Notice of Appeal filed by Demetrius Jenkins. NO FEE. IFP GRANTED 5/6/08. COA DENIED 6/19/08. (tp) (Entered: 08/15/2008) |
| 08/06/2008 | 10 | MEMO ENDORSED granting 9 Motion for Leave to Appeal in forma pauperis. ENDORSEMENT: The motion is granted, but only to the extent of such proceedings as may be available in the Court of Appeals in the absence of a certificate of appealability. See order 6/19/08.. (Signed by Judge Alvin K. Hellerstein on 8/6/08) (mme) (Entered: 08/06/2008) |
| 08/15/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 11 Notice of Appeal. (tp) (Entered: 08/15/2008) |
| 08/15/2008 |   | Transmission of Notice of Appeal to the District Judge re: 11 Notice of Appeal. (tp) (Entered: 08/15/2008) |